No. 22-70002

IN THE
# United States Court of Appeals for the Fifth Circuit

MILTON DWAYNE GOBERT,
*Petitioner–Appellant,*

v.

BOBBY LUMPKIN, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,
*Respondent–Appellee.*

On Appeal from the United States District Court
for the Western District of Texas
No. 1:15-CV-42

**RESPONDENT–APPELLEE'S UNOPPOSED MOTION
FOR RELEASE OF SEALED PORTIONS
OF THE RECORD ON APPEAL**

| | |
|---|---|
| **KEN PAXTON** <br> Attorney General of Texas | **ALI NASSER** <br> Assistant Attorney General <br> Criminal Appeals Division <br> *Counsel of Record* |
| **BRENT WEBSTER** <br> First Assistant Attorney General | |
| | P.O. Box 12548, Capitol Station <br> Austin, Texas 78711 <br> (512) 936-1400 <br> Ali.nasser@oag.texas.gov |
| **JOSH RENO** <br> Deputy Attorney General <br> For Criminal Justice | |
| **EDWARD L. MARSHALL** <br> Chief, Criminal Appeals Division | |

*Counsel for Respondent–Appellee*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

*Respondent–Appellee*
　　Bobby Lumpkin, Director
　　TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

*Counsel for Respondent–Appellee*
　　Matthew Ottoway, Assistant Attorney General
　　Ali Nasser, Assistant Attorney General
　　OFFICE OF THE ATTORNEY GENERAL OF TEXAS

*Petitioner–Appellant*
　　Milton Dwayne Gobert

*Counsel for Petitioner–Appellant*
　　Amy Fly
　　Tivon Schardl
　　Donna F. Coltharp
　　OFFICE OF THE FEDERAL PUBLIC DEFENDER
　　FOR THE WESTERN DISTRICT OF TEXAS

　　　　　　　　　　　　　s/ Ali M. Nasser
　　　　　　　　　　　　　ALI M. NASSER
　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　*Counsel of Record*

　　　　　　　　　　　　　Counsel for Respondent–Appellee

1

## RESPONDENT–APPELLEE'S MOTION FOR RELEASE OF SEALED PORTIONS OF THE RECORD ON APPEAL

This appeal arises from a federal-habeas case in which Petitioner–Appellant, Milton Gobert, challenges his Texas conviction and sentence of death. Gobert filed a motion for certificate for appealability and supporting brief on January 12, 2023. The response for Respondent–Appellee (Director) is currently due March 13, 2023. As the Director has reason to believe sealed portions of the record on appeal (ROA) may be relevant to the matters raised by Gobert in his motion, the Director requests that the Court release to the Director those relevant parts of the record on appeal.

In his supporting brief, Gobert alleges that the district court committed factual errors in denying Gobert's motion to substitute counsel, in part alleging that the district court "conducted no inquiry" to determine whether the assertions Gobert made in his motion "were accurate." Supp. Br. at 29. The district court docket sheet, however, reflects that Gobert's initial federal counsel filed a sealed document on March 15, 2017, roughly two months after Gobert first asked for new counsel and only nine days after Gobert reargued his request for new counsel. ECF No. 38. In a motion for an extension of time to file a reply

2

to the Director's answer, Gobert confirmed that this sealed filing was his then-counsel's response to Gobert's multiple requests for new counsel. ROA.838 ("Mr. Gobert has filed successive motions with the Court asking that new CJA counsel be appointed. Counsel has responded to these motions in a letter-brief filed under seal with this Court."). The undersigned has confirmed with this Court that this sealed filing is part of the record on appeal.

The Director, however, has not been given access to this sealed filing. As Gobert appeals the district court's denial of his motions for substitute counsel in part by challenging the district court's purported lack of inquiry into the matter, the sealed filing is relevant here. Specifically, the filing is a response from Gobert's initial federal counsel that may contain facts that would have rendered further inquiry by the district court unnecessary (if any was necessary at all). Thus, to ensure that the Director is able to fully respond to Gobert's application, it is necessary that the Director be able to access the sealed filing—and cite to it, if appropriate. The Director will maintain confidentiality of the records and does not request that the seal be lifted for the general public.

## CONCLUSION

For these reasons the Director respectfully requests that this Court direct the district court to release docket entry 38 to counsel for both Gobert and the Director through CD or other accessible medium as soon as practicable so that the undersigned may file the Director's response.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Ali M. Nasser
ALI M. NASSER
Assistant Attorney General
State Bar No. 24098169
  *Counsel of Record*

Post Office Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2134
*Ali.nasser@oag.texas.gov*

*Attorneys for Respondent–Appellee*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Donna Coltharp, counsel for Petitioner–Appellant, regarding the foregoing motion and she stated that she was not opposed so long as both parties are provided access to the sealed filing.

s/ Ali M. Nasser
ALI M. NASSER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that on February 15, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following attorney of record, who consented in writing to accept the NEF as service of this document by electronic means:

Donna F. Coltharp
Amy Fly
Tivon Schardl
OFFICE OF THE FEDERAL PUBLIC DEFENDER
FOR THE WESTERN DISTRICT OF TEXAS
919 Congress, Suite 950
Austin, TX 78701
*Donna_coltharp@fd.org*
*Amy_fly@fd.org*
*Tivon_Schardl@fd.org*

s/ Ali M. Nasser
ALI M. NASSER
Assistant Attorney General

## CERTIFICATE OF COMPLIANCE

This brief complies with Rule 27(d)(1)–(2) of the Federal Rules of Appellate Procedure. It contains 458 words, Microsoft Word for Office 365, Century Schoolbook, 14 points.

s/ Ali M. Nasser
ALI M. NASSER
Assistant Attorney General

## ELECTRONIC CASE FILING CERTIFICATIONS

I do hereby certify that: (1) all required privacy redactions have been made; (2) this electronic submission is an exact copy of the paper document; and (3) this document has been scanned using the most recent version of a commercial virus scanning program and is free of viruses.

s/ Ali M. Nasser
ALI M. NASSER
Assistant Attorney General
