# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-70002

---

Milton Dwayne Gobert,

*Petitioner—Appellant,*

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-42

---

ORDER:

IT IS ORDERED that Appellee's unopposed motion for leave to file a supplemental response to the motion for a certificate of appealability is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion for leave to place the supplemental response under seal is GRANTED.

No. 22-70002

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT