# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 22-70002

Milton Gobert,
Petitioner-Appellant,

v.

Bobby Lumpkin, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,
Respondent-Appellee.

Appeal from the United States District Court
for the Western District of Texas,
No. 1:15-cv-0042
**(Capital Case)**

**UNOPPOSED MOTION FOR SECOND
EXTENSION OF TIME TO FILE REPLY**

Petitioner-Appellant Milton Gobert seeks a 10-day extension of time to file his reply brief. If this request is granted Mr. Gobert's reply will be due April 30, 2023. Texas does not oppose the extension.

In this capital habeas appeal, Mr. Gobert has received one 14-day extension for his reply making it due April 20, 2023. While working on Mr. Gobert's brief, counsel fell ill with COVID-19 and another illness.

1

Counsel's undersigned supervisor has begun work on a draft brief but is unable to complete it within the available time.

Accordingly, counsel sought the State's position on a 10-day extension, and was advised by Assistant Attorney General Ali Nasser, that Texas does not oppose this request.

## BACKGROUND

On March 30, 2022, the federal district court denied Mr. Gobert's petition for habeas corpus and denied his request for a certificate of appealability (COA). Mr. Gobert filed in this Court a motion and brief in support of a COA. He also appealed the district court's denial of his request for new counsel. ECF No. 44. On March 13, 2023, the State filed its response to the motion and brief. ECF No. 66.

Two days later, this Court granted the State's request to view a document that had been filed under seal in the district court. ECF No. 69. Then, on March 20, the State filed a motion to file a supplemental brief, submitting the brief under seal. ECF No. 70. In the motion, the State asked that Mr. Gobert be given 14 days in which to file a reply.

On the same day it filed the motion to supplement, the State filed a letter under Rule 28(j) of the Federal Rules of Appellate Procedure, citing authority that, it suggested, deprived this Court of jurisdiction to grant the relief Mr. Gobert seeks under 18 U.S.C. § 3599. ECF No. 71.

On March 23, this Court granted the State's motion to supplement and docketed the unsealed supplemental brief. Mr. Gobert's reply was due on April 6, 2023.

On April 4, this Court granted Mr. Gobert's unopposed motion for a 14-day extension to April 20, 2023.

## ARGUMENT IN SUPPORT OF EXTENSION

Mr. Gobert seeks leave an extension of 10 days, or until April 30. *See* 5th Cir. Rule 31.4. This request is made not for purposes of delay but is based on good cause.

The State's brief, supplemental brief, and letter citing additional authorities raise significant questions—including a question involving this Court's jurisdiction, arising from the Court's recent decision in *Gamboa v. Lumpkin*, No. 16-70023, 2023 WL 2536345 (5th Cir. Mar. 16, 2023). For efficiency's sake—and because the Court must examine its jurisdic-

tion before addressing Gobert's § 3599 claim—Mr. Gobert intends to address all these questions in his reply brief. Undersigned counsel has researched and begun drafting that reply but needs additional time to complete it and counsel who are most familiar with the case and the record are unable to do the work due to illness.

## CONCLUSION

For the foregoing reasons, Mr. Gobert requests an additional 14 days, or until April 30, 2023, to file his reply to the State's responsive briefing.

>Respectfully submitted,
>
>>MAUREEN FRANCO
>>Federal Public Defender
>>Western District of Texas
>>
>>*/S/ Tivon Schardl*
>>TIVON SCHARDL
>>CHIEF, CAPITAL HABEAS UNIT
>>DONNA F. COLTHARP
>>Assistant Federal Public Defender
>>919 Congress Ave., Suite 950
>>Austin, Texas 78701
>>tivon_schardl@fd.org
>>(737) 207-3008
>
>*Counsel for Appellant*

DATED: April 13, 2023

4

# CERTIFICATES OF SERVICE AND COMPLIANCE

I do hereby certify that on April 13, 2023 the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all registered users and counsel of record for Appellee.

This document complies with the type-volume limit of Fed. R. App. P. 27(a)(2)(B) because this document contains fewer than 5,200 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, Version 10.

Counsel further certifies that (1) required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

/s/ *Tivon Schardl*
Tivon Schardl
Counsel for Appellant

DATED: April 13, 2023