# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-70002

---

Milton Dwayne Gobert,

*Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-42

---

ORDER:

    IT IS ORDERED that Appellant's unopposed motion for an extension of ten (10) days to file a reply to the response to motion for a certificate of appealability, to and including May 1, 2023, is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT
