# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 22-70002

Milton Gobert,
Petitioner-Appellant,

v.

Bobbie Lumpkin, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,
Respondent-Appellee.

Appeal from the United States District Court
for the Western District of Texas,
(Capital Case)

**OPPOSED MOTION FOR EXTENSION TO FILE
PETITION FOR REHEARING**

Petitioner-Appellant Milton Gobert respectfully requests that this Court grant a 30-day extension to file a petition for rehearing from its July 31, 2023, order denying a certificate of appealability in this case. The current deadline for the petition is August 14, and a 30-day extension would make

1

the new deadline September 13, 2023. The State is agreeable to a 14-day extension but opposes the request for 30 days.

## I.  Background

The United States District Court for the Western District of Texas denied Gobert's petition for a writ of habeas corpus from his state capital conviction and denied his request for a certificate of appealability (COA). Gobert then sought a COA in this Court, and he appealed from the district court's denial of his request to substitute counsel. On July 31, 2023, the Court denied both Gobert's motion and his appeal. *See Gobert v. Lumpkin*, No. 22-70002, 2023 WL 4864781 (5th Cir. July 31, 2023). Gobert seeks an extension of 30 days to file a petition for rehearing.

## II.  Additional time is necessary to ensure adequate briefing of the grounds for rehearing.

Gobert does not make this request for purposes of delay, but to ensure that his counsel have time to prepare adequate briefing and attend to immediate, pressing matters in other cases. All of Gobert's attorneys represent clients with upcoming execution dates. Ms. Coltharp and Ms. Fly represent a client scheduled for execution in October. *See State v. William Keith Speer*, No. 99 F 506-5 (5th Dist. Ct. Bowie Cnty.)), and Mr. Schardl

represents a client scheduled for execution in November. *See Ex parte David Santiago Renteria*, No. 20020D00230 (327th Dist. Ct. El Paso Cnty.). Counsel are currently preparing to file a subsequent application writ of habeas corpus in state court in each of these cases and are conducting investigative interviews in support of those applications. They are also investigating and preparing clemency packets and other potential litigation. Mr. Schardl is preparing for a hearing anticipated for the week of August 21, Additionally, Ms. Fly and Ms. Coltharp will be out of the office conducting previously scheduled interviews on August 7th and 8th.

Clients with scheduled execution dates also require increased communication and in-person visits with their counsel. Counsel must monitor mental health of their clients—who have been moved to "Death Watch," the prison's version of suicide watch—, regularly assess their competency to be executed, update them on ongoing legal developments, and consult with them about case strategy during this critical period. This communication is time-consuming: Speer and Renteria are housed at Polunsky Unit, in Livingston, Texas, which is a four-hour drive from counsels' office in Austin, Texas.

3

The two execution dates have placed an enormous strain on office resources—every attorney in the office currently represents a client with a pending date and as many as six other clients. The office was recently appointed in two new cases. In one of those case, Mr. Schardl—the supervisor of the Capital Habeas Unit— represented that "The Federal Defender must fill [a] vacancy [for an Assistant Federal Public Defender] before the CHU will have statutorily qualified counsel for Mr. Thuesen," Advisory, *Thuesen v. Lumpkin*, No. 4:20-cv-00852 (ECF 101). That vacancy has not yet been filled.

In addition to having clients with already scheduled execution dates, Ms. Fly and Mr. Schardl also represent another client with a pending Motion to Set an Execution Date. *See State v. Melendez, Jr.*, No. 0580494D (372nd Dist. Ct. Tarrant Cnty.). Ms. Coltharp represents a client with a week-long evidentiary hearing currently set for January 2024. *See State v. Michael Gonzales,* No. D-23,730 (Ector County).

Because of these exceptional circumstances, counsel will not have time to prepare a petition for rehearing within 14 days. *See* Fed. R. App. P. 40(a). Gobert requests that the time for filing be extended for an additional 30 days, or until September 13, 2023.

On August 3, 2023, counsel consulted with counsel for the State, Matthew Ottaway, who indicated he was unopposed to a 14-day extension but was opposed to the 30-day extension requested.

Accordingly, Gobert respectfully requests that the Court issue an order extending by an additional 30 days, or until September 13, 2023, the time to file a petition for rehearing.

## CONCLUSION

For the foregoing reasons, this Court should grant Gobert's requests to extend the date for filing his petition of rehearing to September 13, 2023.

Respectfully submitted,

> MAUREEN FRANCO
> Federal Public Defender
> Western District of Texas
>
> /s/ Donna F. Coltharp
> DONNA F. COLTHARP
> AMY FLY
> Assistant Federal Public Defenders
>
> TIVON SCHARDL
> Chief, Capital Habeas Unit
> 919 Congress Ave., Suite 950
> Austin, Texas 78701
> (737) 207-3017
> donna_coltharp@fd.org
> *Counsel for Appellant*

DATED: August 3, 2023

## CERTIFICATES OF SERVICE AND COMPLIANCE

I certify that on August 3, 2023, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all registered users and counsel of record for Appellee.

This document complies with the type-volume limit of Fed. R. App. P. 27(a)(2)(B) because this document contains fewer than 5,200 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, Version 10.

/s/ Donna F. Coltharp  
Donna F. Coltharp  
Counsel for Appellant

DATED: August 3, 2023