# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-70002
_____

Milton Dwayne Gobert,

*Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-42

_____

ORDER:

    IT IS ORDERED that Appellant's motion for an extension of 30 days, or, to and including September 13, 2023, to file its petition for rehearing/petition for rehearing en banc is GRANTED.


                    /s/ James E. Graves, Jr.
                    James E. Graves, Jr.
                    *United States Circuit Judge*