# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-70002

---

Milton Dwayne Gobert,

*Petitioner—Appellant*,

versus

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

United States Court of Appeals
Fifth Circuit
**FILED**
July 31, 2023
Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-42

---

Before Jones, Dennis, and Graves, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

Certified as a true copy and issued
as the mandate on Sep 14, 2023

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**