# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 14, 2023

Ms. Donna F. Coltharp
Federal Public Defender, TXW
Capital Habeas Unit
919 Congress Avenue
Suite 950
Austin, TX 78701

    No. 22-70002    Gobert v. Lumpkin
                          USDC No. 1:15-CV-42

Dear Ms. Coltharp,

We will take no action on your petition for rehearing. The time for filing a petition for rehearing under **Fed. R. App. P.** 40 has expired.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Monica R. Washington, Deputy Clerk
                                      504-310-7705

cc:  Ms. Amy Fly
     Mr. Ali Mustapha Nasser
     Mr. Matthew Dennis Ottoway
     Mr. Tivon Schardl