# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 13, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Milton Dwayne Gobert
v. Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division
Application No. 23A320
(Your No. 22-70002)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on October 13, 2023, extended the time to and including November 28, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris, Clerk**

by

Clayton Higgins
Case Analyst



# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Donna F. Coltharp
Fed. Pub. Def. for Western Dis
919 Congress Ave.
Suite 919
Austin, TX 78701


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130