IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 22-70002

MILTON DWAYNE GOBERT,
Petitioner-Appellant,

v.

BOBBY LUMPKIN, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,
Respondent-Appellee.

Appeal from the United States District Court
for the Western District of Texas,
No. 1:15-CV-42
(Capital Case)

**NOTICE OF COUNSEL DEPARTURE**

NOW COMES Petitioner-Appellant, Milton Dwayne Gobert ("Gobert"), by and through undersigned counsel, and hereby gives notice that Tivon Schardl, former Chief of the Capital Habeas Unit for the Federal Public Defender for the Western District of Texas, has left the office and is no longer counsel of record on this case.

Respectfully submitted,

MAUREEN FRANCO
Federal Public Defender
Western District of Texas


/s/ MAUREEN FRANCO
Federal Defender Office
919 Congress Ave., Suite 950
Austin, Texas 78701
[(737) 207-3010]
Maureen_Franco@fd.org
*Counsel for Petitioner-Appellant*

# CERTIFICATES OF SERVICE AND COMPLIANCE

I do hereby certify that on August 28, 2025, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all registered users and counsel of record for Appellee.

This document complies with the type-volume limit of Fed. R. App. P. 27(a)(2)(B) because this document contains [fewer than 5,200] words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, Version 10.

/s/ Maureen Franco
MAUREEN FRANCO
Counsel for Petitioner-Appellant

DATED: August 28, 2025